UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

Jason Wolfe,

                *Plaintiff*,      Case No. 3:24-cv-164

v.

                                 District Judge Thomas M. Rose

Rob Streck,                     Magistrate Judge Elizabeth Preston Deavers

                *Defendant*.

**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

This civil case is before the Court following *pro se* Plaintiff's failure to respond to the Court's repeated orders to file a corrected complaint. Docs. 6, 16. In its most recent Order, the undersigned directed Plaintiff to file a corrected complaint by October 30, 2024. Doc. 16.

District courts have the inherent power to dismiss civil actions for want of prosecution to "manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R.*, 370 U.S. 626, 630-31 (1962); see also *Carpenter v. City of Flint*, 723 F.3d 700, 704 (6th Cir. 2013) ("It is well settled that a district court has the authority to dismiss *sua sponte* a lawsuit for failure to prosecute.") (citations omitted). Plaintiff's failure to file a corrected complaint—leaves the record void of any explanation

1

for his inaction. His inaction, moreover, in response to the Orders to File a Corrected Complaint (docs. 6, 16) leaves the record void of any reason for his failure to prosecute. In light of these circumstances, dismissal of this case is warranted. See *Link*, 370 U.S. at 630-31; see also *Carpenter*, 723 F.3d at 704. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**DONE** and **ORDERED** this Thursday, November 14, 2024.

s/Thomas M. Rose

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE