UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| JASON WOLFE, | : Case No. 3:24-cv-164 |
| Plaintiff, | : |
| vs. | : District Judge Thomas M. Rose |
| | : Magistrate Judge Elizabeth P. Deavers |
| ROB STRECK, | : |
| Defendant. | : |

## ORDER

This case is before the Court on Plaintiff's "Letter to Judge/Motions Included." (Doc. 18). Plaintiff's filing follows several extensions of time to comply with the Court's June 3, 2024 Order to file a corrected complaint. (Doc. 3). Most recently, on February 5, 2025, in an Order detailing the procedural history of this case (Doc. 17), the Court granted Plaintiff until March 17, 2025 to file his corrected complaint. To aid Plaintiff, he was provided with a blank copy of the form civil rights complaint that prisoners regularly use in this Court. (*See* Doc. 17, at PageID 102). Plaintiff was previously provided with a blank copy of the form complaint in June 2024. (*See* Doc. 3, at PageID 37).

In his most recent filing, Plaintiff asserts that he has been unable to comply with the March 17, 2025 filing deadline due to various alleged circumstances at the prison. The Court understands Plaintiff to be seeking additional time to file a corrected complaint.

Plaintiff is hereby **GRANTED thirty (30) day**s from the date of this Order to file a corrected complaint that **includes a caption and names a defendant or defendants**. **If Plaintiff does not, this case shall be dismissed for want of prosecution**. If Plaintiff believes that he has new claims to assert concerning his conditions of confinement, he may include those

in the corrected complaint to be screened by the Court as required by law. *See* 28 U.S.C. §1915A(a); 28 U.S.C. § 1915(e)(2).

To the extent that Plaintiff seeks relief in document 18 other than an extension of time (*see* Doc. 18, at PageID 107), it is **DENIED.** The Court cannot adjudicate a motion for injunctive relief absent a properly filed complaint. *See, e.g., Powell v. Rios*, 241 F. App'x 500, 505 n.4 (10th Cir. 2007) ("[O]nly a properly filed 'complaint' can commence a civil action. Absent a properly filed complaint, a court lacks power to issue preliminary injunctive relief.") (citations omitted).

    **IT IS SO ORDERED.**

March 28, 2025                                              *s/ Elizabeth A. Preston Deavers*
                                                              ELIZABETH A. PRESTON DEAVERS
                                                              United States Magistrate Judge